UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Andrea ZUNIGA PALACIOS,

Petitioner,

v.

Chrisopher J. LaROSE, et al.,

Respondents.

Case No.: 26-cv-4696-AGS-JLB

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Andrea Zuniga Palacios seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging her immigration detention. She asks that the Court "require[e] [r]espondents to immediately release [p]etitioner" from detention (ECF 1, at 26), and "the government does not oppose the petition" (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated: August 26, 2026

Hon. Andrew G. Schopler
United States District Judge